## SANBORN *v.* MEREDITH.

Notice of a petition for a highway is properly served, by leaving, at the places of abode of the parties entitled to notice, copies of the petition and order of notice, certified by the clerk of court. A sheriff's attestation of the papers, as true copies, is superfluous, and does not invalidate the service.

PETITION, for a highway. Motion to dismiss for defect in notice, given by the clerk's certified copies, attested and left by the sheriff.

*Rollins*, for the town.

*Jewell*, for the petitioner.

FOSTER, J. There was a strict compliance with the law in the service of the papers. Gen. St., *c.* 63, *s.* 2. The sheriff's attestation of them was superfluous and harmless. The service was not an official act. It might have been made by the petitioner, or by any other person. The person who left these copies, "as required by law," may make affidavit at the trial term, in proof of his unofficial act.

*Case discharged.*

BINGHAM, J., did not sit.